(SPACE BELOW FOR FILING STAMP ONLY)

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**\* \* \* \* \* \***

| UNITED STATES OF AMERICA, | Case No.: CR-F-05-204 AWI |
|---|---|
| Plaintiff, | |
| vs. | **ORDER CONTINUING HEARING TO MAY 21, 2007** |
| IGNACIO CALDERON, et al., | |
| Defendant. | |

On April 27, 2007, the following stipulation in the above entitled case was filed:

**IT IS HEREBY STIPULATED** by and between attorneys for the respective clients that the hearing currently on calendar for Monday, April 30, 2007, at 9:00 a.m., be continued to Monday May 21, 2007, at 9:00 a.m., or as soon thereafter as is convenient to the court's calendar.

Counsel for Defendant has spoken with Assistant U.S. Attorney, KAREN ESCOBAR, who has no objection to this continuance.

DATED: April 27, 2007.          NUTTALL & COLEMAN

                                /S/ MARK W. COLEMAN

                         By: _____
                             MARK W. COLEMAN
                             Attorneys for Defendant

DATED: April 27, 2007.

```
                                /s/ KAREN ESCOBAR
                        By:  _____
                             KAREN ESCOBAR
                             Assistant U.S. Attorney
```

**O R D E R**

In accordance with the above stipulation, IT IS HEREBY ORDERED that the April 30, 2007, hearing is VACATED and RESET to May 21, 2007 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   April 27, 2007**            /s/ Anthony W. Ishii
                                  UNITED STATES DISTRICT JUDGE

2